## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-23-444-G** |
| | ) | |
| **WILLIAM KEITH DOUTHARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now before the Court is the Government's unopposed Motion to Amend Indictment (Doc. No. 53). The Government requests that the style and the body of the October 17, 2023 Indictment (Doc. No. 1) be amended to reflect that Defendant's true name is William Kevin Douthard.

For good cause shown, and there being no objection by any party, and no dispute as to the identity of Defendant William Kevin Douthard, the unopposed Motion (Doc. No. 53) is GRANTED. *See United States v. Stegman*, 873 F.3d 1215, 1223 (10th Cir. 2017) (noting that an indictment may be amended without resubmission to the grand jury when the amendment is "merely a matter of form," that is, "a change that does not mislead the defendant in any sense, does not subject the defendant to any added burdens, and does not otherwise prejudice the defendant" (internal quotation marks omitted)).

IT IS THEREFORE ORDERED that the Indictment shall be and is hereby amended in the manner described to reflect that "William Kevin Douthard" is the identified defendant. The case caption and docket shall be updated accordingly.

IT IS SO ORDERED this 1st day of May, 2024.

CHARLES B. GOODWIN
United States District Judge