# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-23-444-G |
| | ) |
| WILLIAM KEVIN DOUTHARD and | ) |
| TYAVEON LIZZIE MAE HUNTER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 85), filed August 26, 2024. The Government represents that it believes dismissal to be in the best interest of justice. No response to the Motion was filed within the time allowed.

Having considered the Motion and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the five-count Indictment (Doc. No. 1) filed October 17, 2023, and as amended May 1, 2024 (Doc. No. 60), charging Defendant William Kevin Douthard and Defendant Tyaveon Lizzie Mae Hunter with the specified offenses, is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of September, 2024.

_____
CHARLES B. GOODWIN
United States District Judge